# United States District Court
# For the District of Columbia



FILED

AUG - 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE,
5100 Wisconsin Avenue, NW, Suite 400
Washington, DC 20016

      Plaintiff

vs

DEPARTMENT OF HEALTH & HUMAN SERVICES,
Hubert H. Humphrey Building, Room 700E,
200 Independence Avenue, SW
Washington, DC 20201

      Defendant

Civil Action

CASE NUMBER 1:06CV01392

JUDGE: John D. Bates

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 08/07/2006

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for _the Physicians Committee for Responsible Medicine (PCRM)_ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _PCRM_ which have any outstanding securities in the hands of the public:

N/A

These representations are made in order that judges of this court may determine the need for recusal.

_____
Attorney of Record

_____
Signature

not a D.C. Bar member.
BAR IDENTIFICATION NO.

Daniel Kinburn
Print Name

PCRM, 5100 Wisconsin Avenue, NW, Suite 400
Address

Washington,  DC   20016
City         State  Zip Code

(202) 686-2210 ext. 308
Phone Number

2