AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Physicians Committee for Responsible Medicine,
5100 Wisconsin Ave, NW, Suite 400
Washington, DC 20016

V.

Department of Health and Human Services,
Hubert H. Humphrey Building,
Room 700E
200 Independence Ave, SW
Washington, DC 20201

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV01392

JUDGE: John D. Bates

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 08/07/2006

TO: (Name and address of Defendant)

U.S. Attorney General
Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel Kinburn
Physicians Committee for Responsible Medicine
5100 Wisconsin Ave, NW, Suite 400
Washington, DC 20016

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        AUG -7 2006
CLERK                              DATE

_Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 08/09/2006 |
| NAME OF SERVER (PRINT) April M. Meuer | TITLE Legal Assistant |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Sent by registered or certified mail pursuant to Federal Rule 4(i)(1)(B)

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 08/09/2006
            Date             Signature of Server

Address of Server: PCRM 5100 Wisconsin Ave NW Suite 400 Washington DC 20016

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.