AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

PHYSICIANS COMMITTEE FOR
RESPONSIBLE MEDICINE,
5100 Wisconsin Avenue, NW, Suite 400,
Washington, DC 20016

**SUMMONS IN A CIVIL CASE**

V.

DEPARTMENT OF HEALTH & HUMAN SERVICES,
Hubert H. Humphrey Building, Room 700E,
200 Independence Avenue, SW,
Washington, DC 20201

CASE N~~UMBER~~

CASE NUMBER   1:06CV01392

JUDGE: John D. Bates

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 08/07/2006

TO: (Name and address of Defendant)

DEPARTMENT OF HEALTH & HUMAN SERVICES
Hubert H. Humphrey Building, Room 700E
200 Independence Avenue, SW
Washington, DC 20201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel Kinburn
PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE
5100 Wisconsin Avenue, NW, Suite 400
Washington, DC 20016

an answer to the complaint which is served on you with this summons, within _30_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON               AUG - 7 2006

CLERK                                     DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 08/09/2006 |
| NAME OF SERVER (PRINT) April M. Meyer | TITLE Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Sent by registered or certified mail pursuant to Federal Rule 4(i)(2)(A)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 08/09/06
Date

*Signature of Server*

PCRM 5100 Wisconsin Ave. NW Suite 400
*Address of Server*
Washington DC 20016

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.