UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHYSICIANS COMMITTEE FOR          )
RESPONSIBLE MEDICINE,             )
                                  )
          Plaintiff,              )
                                  )
     v.                           ) Case No. 06-1392 JDB
                                  )
DEPARTMENT OF HEALTH AND          )
HUMAN SERVICES,                   )
                                  )
          Defendant.              )
_____)

ANSWER

     Defendant Department of Health and Human Services, through
its undersigned attorneys, hereby answers the unnumbered and
numbered paragraphs of the complaint as follows:

     First unnumbered paragraph.  The paragraph is plaintiff's
characterization of the case, as to which no answer is required.

     First numbered paragraph (¶ 1).  This paragraph contains
legal conclusions as to which no answer is required.

     ¶ 2.  Defendant lacks information or knowledge sufficient to
form a belief as to the truth of the allegations of this
paragraph.

     ¶ 3.  Admitted.

     ¶ 4.  It is admitted that FDA and NIEHS are two of the
fifteen agency members of the Interagency Coordinating Committee
on the Validation of Alternative Methods, which was established
in 1997 to coordinate the development, validation, and acceptance
of alternative analytical procedures and toxicological testing

methods.

¶ 5.  Defendant lacks information or knowledge sufficient to form a belief as to the truth of the allegations of this paragraph.

¶ 6.  It is admitted that ICCVAM does not meet in public and that ICCVAM documents are not all public documents.  There are, however, ICCVAM documents publicly available on the NIEHS internet site.  Defendant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph as they relate to non-Health and Human Services entities.

¶ 7.  This paragraph is a characterization of Freedom of Information Act requests submitted by plaintiff to four government entities, and the Court is respectfully referred to those requests, which are the best evidence of their contents.

¶ 8.  It is admitted that the requests stated alleged reasons why plaintiff believed that it was entitled to a fee waiver; however, it is denied that plaintiff is entitled to a fee waiver.

¶ 9.  Admitted.

¶ 10.  Admitted.

¶ 11.  This paragraph is plaintiff's characterization of a letter from NIEHS, and the Court is respectfully referred to that letter, which is the best evidence of its contents.

2

¶ 12.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

¶ 13.  Admitted.

¶ 14.  This paragraph is plaintiff's characterization of a letter dated January 31, 2006, from the Public Health Service Freedom of Information Act Office, and the Court is respectfully referred to that letter, which is the best evidence of its contents.

¶ 15.  This paragraph is plaintiff's characterization of its letter appealing the denial of its fee waiver request, and the Court is respectfully referred to that letter, which is the best evidence of its contents.

¶ 16.  Admitted.

¶ 17.  Admitted.

¶ 18.  Admitted.

¶ 19.  Defendant incorporates herein the responses to paragraphs 1 to 18 above.

¶ 20.  This paragraph is plaintiff's characterization of a statutory provision, and the Court is respectfully referred to the statute, which is the best evidence of its contents.

¶ 21.  This paragraph is plaintiff's characterization of regulations, and the Court is respectfully referred to the regulations, which are the best evidence of their contents.

¶¶ 22 to 24.  Denied.

¶ 25.  Defendant incorporates herein the responses to paragraphs 1 to 18 and 20 to 21 above.

¶¶ 26 to 28.  Denied.

The remainder of the complaint is plaintiff's prayer for relief, and it is denied that plaintiff is entitled to any relief.

All allegations not expressly admitted or denied are denied.

WHEREFORE, defendant requests this Court to deny the plaintiff all relief requested, dismiss the complaint with prejudice, grant defendant such other relief as the Court deems appropriate, and award defendant the costs of this action.

Respectfully submitted,

KENNETH L. WAINSTEIN,D.C. Bar #451058
United States Attorney

RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney
            /s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W. Room E-4110
Washington, D.C. 20530
202.514.7201

4