UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    Defendant. | Civil Action No. 06-1392 (JDB) |

## ORDER

Defendant has now answered plaintiff's complaint brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. The requirements of Local Civil Rule 16.3 and Fed. R. Civ. P. 26(f) are inapplicable to FOIA actions. See Local Civil Rule 16.3 (b)(1). The Court has reviewed the complaint and the answer in this case, and determined that submission of a jointly proposed briefing schedule is appropriate. Accordingly, it is hereby

**ORDERED** that the parties shall confer and submit by not later than October 13, 2006, a proposed briefing schedule for the filing of dispositive motions to resolve this matter. In the event the parties cannot agree, separate proposals shall be filed by that date.

                                    /s/
                                JOHN D. BATES
                            United States District Judge

Dated:   September 14, 2006