```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

PHYSICIANS COMMITTEE FOR        )
RESPONSIBLE MEDICINE,           )
                                )
          Plaintiff,            )
                                )
     v.                         ) Case No. 06-1392 JDB
                                )
DEPARTMENT OF HEALTH AND        )
HUMAN SERVICES,                 )
                                )
          Defendant.            )
_____)
```

                    PROPOSED BRIEFING SCHEDULE

  This is a Freedom of Information Act case in which plaintiff is contesting the denial by defendant of a fee waiver. The case is decided <u>de novo</u> in this Court, except that the decision is based on the administrative record at the agency relating to the fee-waiver decision. The parties propose the following briefing schedule:

| | |
|---|---|
| Defendant files the administrative record: | October 16, 2006 |
| Plaintiff's motion for summary judgment: | November 6, 2006 |
| Defendant's motion for summary judgment and opposition to plaintiff's motion for summary judgment: | December 6, 2006 |
| Plaintiff's opposition to defendant's motion for summary judgment and reply in support of its motion: | January 5, 2007 |
| Defendant's reply memorandum in support of its motion for summary judgment: | January 19, 2007 |

A proposed Order is attached.

        Respectfully submitted,

        JEFFREY A. TAYLOR, D.C. Bar #498610
        United States Attorney

        RUDOLPH CONTRERAS, DC Bar #434122
        Assistant United States Attorney
            /s/
        FRED E. HAYNES, DC Bar #165654
        Assistant United States Attorney
        555 4th Street, N.W. Room E-4110
        Washington, D.C. 20530
        202.514.7201

        Attorneys for Defendant

        By authorization
        DANIEL KINBURN, Esq.
        Physicians Committee for
        Responsible Medicine
        5100 Wisconsin Avenue, N.W., Suite 400
        Washington, D.C. 20016
        202.686.2210

        Attorney for Plaintiff

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

PHYSICIANS COMMITTEE FOR        )
RESPONSIBLE MEDICINE,           )
                                )
         Plaintiff,             )
                                )
     v.                         ) Case No. 06-1392 JDB
                                )
DEPARTMENT OF HEALTH AND        )
HUMAN SERVICES,                 )
                                )
         Defendant.             )
_____)

## ORDER

It appearing that this case is to be decided by summary judgment motions based on the administrative record, it is this _____ of _____, 2006,

ORDERED that following briefing schedule is adopted by the Court:

| | |
|---|---|
| Defendant files the administrative record by: | October 16, 2006 |
| Plaintiff's motion for summary judgment is due by: | November 6, 2006 |
| Defendant's motion for summary judgment and opposition to plaintiff's motion for summary judgment is due by: | December 6, 2006 |
| Plaintiff's opposition to defendant's motion for summary judgment and reply in support of its motion is due by: | January 5, 2007 |

Defendant's reply memorandum in support of its

```
motion for summary judgment
is due:                                         January 19, 2007


                               UNITED STATES DISTRICT JUDGE

Copies to Counsel of Record
```