UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHYSICIANS COMMITTEE FOR
RESPONSIBLE MEDICINE,

    Plaintiff,

        v.                             Civil Action No.  06-1392 (JDB)

DEPARTMENT OF HEALTH AND HUMAN
SERVICES,

    Defendant.

## SCHEDULING ORDER

Upon consideration of the parties' proposed briefing schedule, it is hereby

**ORDERED** that the following briefing schedule is adopted by the Court:

1. Defendant shall file the administrative record by not later than October 16, 2006.

2. Plaintiff's motion for summary judgment shall be filed by not later than November 6, 2006.

3. Defendant's cross-motion for summary judgment and opposition to plaintiff's motion for summary judgment shall be filed by not later than December 6, 2006.

4. Plaintiff's opposition to defendant's motion for summary judgment and reply in support of its motion shall be filed by not later than January 5, 2007.

5. Defendant's reply memorandum in support of its motion for summary judgment shall be filed by not later than January 19, 2007.

                                                  /s/
                                     JOHN D. BATES
                              United States District Judge

Dated:  October 13, 2006