```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

PHYSICIANS COMMITTEE FOR      )
RESPONSIBLE MEDICINE,         )
                              )
          Plaintiff,          )
                              )
     v.                       ) Case No. 06-1392 JDB
                              )
DEPARTMENT OF HEALTH AND      )
HUMAN SERVICES,               )
                              )
          Defendant.          )
_____)
```

NOTICE OF FILING OF ADMINISTRATIVE RECORD

Attached hereto as Exhibit A is the administrative record in this case. This notice is being filed both electronically and in paper copy. Because of difficulties encountered in trying to file this record electronically, the administrative record is not being filed electronically; it is attached, however, to the paper copy of this notice that is being filed with the Court.

The administrative record is separated into 15 tabs; an index to the record is set forth below.

Index

Tab 1, at 00001: August 31, 2005, letter to plaintiff, noting receipt of Freedom of Information Act ("FOIA") request.

Tab 2, at 00003: September 7, 2005, letter to plaintiff confirming telephone conversation of August 31, 2005.

Tab 3, at 00006: September 15, 2005, letter to plaintiff concerning request for fee waiver decision.

Tab 4, at 00008: Denial case folder docket sheet.

Tab 5, at 00010: August 26, 2005, FOIA request from plaintiff to National Institute of Environmental Health Sciences.

Tab 6, at 00014: August 26, 2005, FOIA request from plaintiff to FDA.

Tab 7, at 00018: January 31, 2006, letter to plaintiff from FOIA Office, Public Health Service.

Tab 8, at 00021: Various emails and related material.

Tab 9, at 00122: Appeal file docket sheet.

Tab 10, at 00124: Appeal memorandum.

Tab 11, at 00131: May 17, 2006, letter to plaintiff denying appeal of fee waiver request.

Tab 12, at 00134: February 9, 2006, letter from plaintiff appealing denial of fee waiver request.

Tab 13, at 00137: January 31, 2006, letter denying fee waiver request.

Tab 14, at 00140: Various emails dated in February 2006.

Tab 15, at 00143: May 1, 2006, letter to the Consumer Product Safety Commission.

                          Respectfully submitted,

                                  /s/
                          FRED E. HAYNES, DC Bar #165654
                          Assistant United States Attorney
                          555 4th Street, N.W. Room E-4110
                          Washington, D.C. 20530
                          202.514.7201

CERTIFICATE OF SERVICE

    I hereby certify that I caused a copy of the Notice of Filing of Administrative Record, with a copy of the administrative record attached to the Notice as Exhibit A, to be served by hand delivery on this 20th day of October, 2006, on:

        Mark Kennedy, Esq.
        Physicians Committee for
        Responsible Medicine
        5100 Wisconsin Avenue, N.W., Suite 400
        Washington, D.C. 20016
        202.686.2210

            /s/
        Fred E. Haynes, D.C. Bar # 165654
        Assistant United States Attorney
        Judiciary Center Bldg., Room 10-445
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 514-7204