```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 06-1392 JDB |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES, ) ) ) ) | |
| Defendant. ) ) | |

CONSENT MOTION FOR AN EXTENSION OF TIME, NUNC PRO TUNC, TO FILE THE ADMINISTRATIVE RECORD

Under the Court's scheduling order, defendant was directed to file the administrative record by Friday, October 13, 2006. That evening, undersigned counsel (Fred E. Haynes) attempted to file the record using the PACER system. He was unable to do so; he could not attach the administrative record to the notice of filing. Assuming that this was a problem with the system, undersigned counsel sent the notice of filing and the record in pdf format to the Court's generic email address that is designated for use when problems occur with the PACER system. As explained below, that message was not delivered to the Court. The administrative record has today (Friday, October 20) been filed in paper copy with the Court; the notice of filing of the administrative record has been filed both electronically and in paper copy. The extension of time is sought for today, October 20, under Fed. R. Civ. P. 6(b)(2).

At the start of this week, noticing that the material sent to the generic mailbox had not yet been posted to the docket, undersigned counsel contacted one of the counsel for plaintiff and arranged to email the material to him. Several attempts were made, both to counsel's office email and home email. All were unsuccessful. It was only this Thursday, when discussing this problem with the Office's computer staff, that the reason for the problem was discovered. Because of the large size of the administrative record, undersigned counsel's email service was apparently acting erratically, with some messages not being sent. For example, the Friday email to the Court's generic email address was marked as undeliverable and placed under the heading for undelivered messages, which appears at the end of the list of emails in the Microsoft Outlook email inbox, a location that did not appear on the initial computer screen that undersigned counsel was viewing.

Undersigned counsel has today sent a paper copy of the administrative record to plaintiff's counsel by messenger. Counsel for plaintiff has consented to this motion. It should be noted, however, that the delay incurred sending the record to plaintiff may necessitate an extension of time for plaintiff to file its motion for summary judgment.

                                              Respectfully submitted,

                                              JEFFREY A. TAYLOR, DC Bar #498610
                                              United States Attorney

        RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney
          /s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201

```
                 UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| PHYSICIANS COMMITTEE FOR | ) |
| RESPONSIBLE MEDICINE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|   v. | ) Case No. 06-1392 JDB |
| | ) |
| DEPARTMENT OF HEALTH AND | ) |
| HUMAN SERVICES, | ) |
| | ) |
|     Defendant. | ) |

## ORDER

UPON CONSIDERATION of the consent motion by defendant for an extension of time to file the administrative record in this case, it is this _____ day of _____, 2006,

ORDERED, nunc pro tunc, that the time for defendant to file the administrative record is extended to October 20, 2006.

                            UNITED STATES DISTRICT JUDGE

Copies to counsel of record