**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE, ) ) ) ) | |
| Plaintiff ) ) | |
| v. ) ) | Case No. 06-1392 JDB |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES, ) ) ) | |
| Defendant. ) ) ) | |

**PLAINTIFF'S NOTICE OF MOTION AND**
**MOTION FOR SUMMARY JUDGMENT**

NOTICE IS HEREBY GIVEN that Plaintiff Physicians Committee for Responsible Medicine ("PCRM") will and hereby does move for summary judgment. PCRM brings this motion pursuant to Federal Rule of Civil Procedure 56 on the grounds that there is no genuine issue of material fact and that PCRM is entitled to judgment as a matter of law because Defendant Department of Health and Human Services has failed to fulfill its non-discretionary duty to grant PCRM's request for a waiver of fees associated with its request for records under the Freedom of Information Act.

PCRM's motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of John J. Pippin, and the pleadings and papers filed herein.

Respectfully submitted,

/s/ Daniel Kinburn

_____
Daniel Kinburn
PHYSICIANS COMMITTEE FOR

RESPONSIBLE MEDICINE
5100 Wisconsin Avenue, N.W., Suite 400
Washington, D.C. 20016
Attorney for Plaintiff
(202) 686-2210 ext. 308
(202) 686-2155 (fax)

Dated: November 6, 2006