UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE,<br><br>      Plaintiff<br><br>      v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>      Defendant. | Case No. 06-1392 JDB |

**DECLARATION OF JOHN J. PIPPIN IN SUPPORT OF
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

I, John J. Pippin, declare:

1. I am a physician board-certified in internal medicine, cardiovascular diseases, and nuclear cardiology. I am a senior medical and research advisor for the Physicians Committee for Responsible Medicine ("PCRM"). My current specialty is the promotion of alternatives to the use of animals in medical and drug research. I have personal knowledge of the facts set forth herein and am competent to testify as follows:

2. PCRM is a non-profit public health advocacy association, organized under 501(c)(3) of the Internal Revenue Code. PCRM advocates for preventive medicine through good nutrition and encourages higher standards for ethics and effectiveness in medical research.

3. PCRM's promotion of alternatives to the use of animals in medical education and research is part of a nationwide movement that has led, in the past two decades, to more than 85% of all U.S. medical schools dropping from their curricula courses that involve laboratory

exercises on live animals.

4.   Part of PCRM's mission is to educate the public about the people and decisions that lead to the government spending vast sums on animal research methods that are antiquated, not properly validated, and not reasonably reliable for making determinations relevant to human health.

5.   PCRM's staff includes committed doctors and researchers with knowledge in the area of animal testing and a communications department that promotes the organization's activities through press releases, news conferences, television, radio, and print media. PCRM publishes a free medical magazine called *Good Medicine*.

6.   The Interagency Coordinating Committee on the Validation of Alternative Methods ("ICCVAM") was established in 1997 to coordinate the development, validation, and acceptance of alternative analytical procedures and toxicological testing methods, including those that incorporate non-animal testing methods. In its first eight years of existence, ICCVAM evaluated fewer than a dozen test methods. Several of the methods validated by ICCVAM pertain to refinement and reduction, rather than replacement, of animal testing methods. I have confirmed this information by consulting documents published on ICCVAM's Web site.

7.   The European Centre for the Validation of Alternative Methods ("ECVAM") has evaluated and validated more than twenty testing methods, some of which replace animal methods, in the past eight years. I have confirmed this information by consulting documents published on ECVAM's Web site.

8.   On August 26, 2005, PCRM submitted nearly identical FOIA requests to four ICCVAM member agencies: the Food and Drug Administration, the National Institute of

Environmental Health Sciences, the Environmental Protection Agency, and the Consumer Product Safety Commission. These requests sought records, not publicly available, that set forth ICCVAM's activities and the methods by which its members select and appoint agency representatives to ICCVAM and its Working Groups.

9. The requested records pertain to government operations.

10. PCRM has no commercial interest in the requested records.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Dallas, TX, on November 6, 2006.

_____
John J. Pippin, M.D.