UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE,<br><br>       Plaintiff<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>       Defendant. | Case No. 06-1392 JDB |

**PLAINTIFF'S STATEMENT OF MATERIAL FACTS AS TO
WHICH THERE IS NO GENUINE ISSUE**

1. Plaintiff PCRM is a non-profit public health advocacy association, organized under 501(c)(3) of the Internal Revenue Code. (Pippin Decl. ¶ 2.)

2. PCRM advocates for preventive medicine through good nutrition and encourages higher standards for ethics and effectiveness in medical research. (*Id.*)

3. PCRM's promotion of alternatives to the use of animals in medical education and research is part of a nationwide movement that has led, in the past two decades, to more than 85% of all U.S. medical schools dropping from their curricula courses that involve laboratory exercises on live animals. (*Id.* ¶ 3.)

4. Part of PCRM's mission is to educate the public about the people and decisions that lead to the government spending vast sums on animal research methods that are antiquated, not properly validated as required by law, and not reasonably reliable for making determinations relevant to human health. (*Id.* ¶ 4.)

5. PCRM's staff includes committed doctors and researchers with knowledge in the area of animal testing and a communications department that promotes the organization's activities through press releases, news conferences, television, radio, and print media. (*Id.* ¶ 5.)

6. PCRM publishes a free medical magazine called Good Medicine. (*Id.*)

7. PCRM's work has been discussed in *Washington Times*, *The Physiologist*, and a number of other publications. (*Id.* at 00038, 00041–48.)

8. Defendant HHS is a United States agency that includes both the Food and Drug Administration ("FDA") and the National Institute of Environmental Health Sciences ("NIEHS"), which itself is a subsidiary of the National Institutes of Health ("NIH"). (Answer ¶ 3.)

8. FDA and NIEHS are two of the fifteen agency members of the Interagency Coordinating Committee on the Validation of Alternative Methods ("ICCVAM"), which was established in 1997 to coordinate the development, validation, and acceptance of alternative analytical procedures and toxicological testing methods that incorporate non-animal testing methods. (*Id.* ¶ 4); 42 U.S.C. § 285l-3(b)(5).

9. In its first eight years of existence, ICCVAM evaluated fewer than a dozen test methods. (Pippin Decl. ¶ 6.)

10. Several of the methods validated by ICCVAM pertain to refinement and reduction, rather than replacement, of animal testing methods. (*Id.*)

11. The European Centre for the Validation of Alternative Methods has evaluated and validated more than twenty testing methods, some of which replace animal methods, in the past eight years. (*Id.* ¶ 7.)

2

12. ICCVAM does not meet in public and certain ICCVAM documents are not publicly available. (Answer ¶ 6.)

13. On August 26, 2005, PCRM submitted FOIA requests to four ICCVAM member agencies: FDA, NIEHS, the Environmental Protection Agency, and the Consumer Product Safety Commission. (Pippin Decl. ¶ 8; R. at 00011–13; 00015–17.) These requests sought records, not publicly available, that set forth ICCVAM's activities and the methods by which its members select and appoint agency representatives to ICCVAM and its Working Groups. (Pippin Decl. ¶ 8; R. at 00011–12, 00015–16.)

14. The requested records pertain to government operations. (Pippin Decl. ¶ 9; *see also* R. at 00032)

15. PCRM has no commercial interest in the requested records. (Pippin Decl. ¶ 10.)

16. By letter dated January 31, 2006, Darlene Christian, Freedom of Information Officer of the Public Health Service, denied PCRM's fee waiver request with respect to both FDA and NIEHS. (R. at 00019–20, 00138–39.)

17. By letter dated February 9, 2006, PCRM appealed the denial of its fee waiver request. (*Id.* at 00135–36.)

18. By letter dated May 17, 2006, HHS denied PCRM's appeal and notified PCRM of its right to seek judicial review. (Answer ¶ 17.)

Respectfully submitted,

/s/ Daniel Kinburn

_____
Daniel Kinburn
PHYSICIANS COMMITTEE FOR
 RESPONSIBLE MEDICINE
5100 Wisconsin Avenue, N.W., Suite 400

                                            Washington, D.C. 20016  
                                            Attorney for Plaintiff  
                                            (202) 686-2210 ext. 308  
                                            (202) 686-2155 (fax)

Dated: November 6, 2006