UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE, <br><br> Plaintiff <br><br> v. <br><br> DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 06-1392 JDB |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

It is hereby ORDERED that Plaintiff's motion for summary judgment is GRANTED and Defendant's cross-motion for summary judgment is DENIED, as follows:

1. Defendant shall grant Plaintiff's request for a waiver of all fees associated with its request for records under the Freedom of Information Act ("FOIA").

2. Defendant shall timely provide Plaintiff with all records responsive to its request for records under FOIA.

IT IS SO ORDERED.

_____
John D. Bates
United States District Judge

Dated: _____