```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

PHYSICIANS COMMITTEE FOR      )
RESPONSIBLE MEDICINE,         )
                              )
        Plaintiff,            )
                              )
    v.                        ) Case No. 06-1392 JDB
                              )
DEPARTMENT OF HEALTH AND      )
HUMAN SERVICES,               )
                              )
        Defendant.            )
_____)
```

CONSENT MOTION FOR AN EXTENSION OF TIME TO
FILE DEFENDANT'S OPPOSITION TO PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT AND DEFENDANT'S
<u>CROSS-MOTION FOR SUMMARY JUDGMENT</u>

In accordance with Fed. R. Civ. P. 6(b)(1), defendant requests that the time for it to file its opposition to plaintiff's motion for summary judgment and its cross-motion for summary judgment be extended from December 6, 2006, to December 13, 2006. Undersigned counsel has been unable to prepare the necessary papers due to the heavy press of other cases, including discovery in a Title VII case and numerous filings in other cases. Additionally, undersigned counsel commences a seven week course of daily (weekdays) medical treatment on December 6 and will only be able to work part-time during the time period of the treatments. The additional time is, therefore, needed. Plaintiff's counsel has consented to this motion.

Attached is a draft order reflecting the requested relief.

    Respectfully submitted,

    JEFFREY A. TAYLOR, DC Bar #498610
    United States Attorney

    RUDOLPH CONTRERAS, DC Bar #434122
    Assistant United States Attorney
        /s/
    FRED E. HAYNES, DC Bar #165654
    Assistant United States Attorney
    555 4th Street, N.W., Room E-4110
    Washington, D.C. 20530
    202.514.7201

                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

PHYSICIANS COMMITTEE FOR          )
RESPONSIBLE MEDICINE,             )
                                  )
        Plaintiff,                )
                                  )
    v.                            ) Case No. 06-1392 JDB
                                  )
DEPARTMENT OF HEALTH AND          )
HUMAN SERVICES,                   )
                                  )
        Defendant.                )
_____ )

                              ORDER

UPON CONSIDERATION of the consent motion by defendant for an extension of time to respond to plaintiff's motion for summary judgment and to file defendant's cross-motion for summary judgment, it is this _____ day of _____, 2006,

ORDERED that the time for defendant to respond to plaintiff's motion for summary judgment and to file defendant's cross-motion for summary judgment is extended to December 13, 2006.

                              UNITED STATES DISTRICT JUDGE

Copies to counsel of record