```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

PHYSICIANS COMMITTEE FOR       )
RESPONSIBLE MEDICINE,          )
                               )
          Plaintiff,           )
                               )
     v.                        )  Case No. 06-1392 JDB
                               )
DEPARTMENT OF HEALTH AND       )
HUMAN SERVICES,                )
                               )
          Defendant.           )
_____)
```

CONSENT MOTION FOR FURTHER EXTENSION OF TIME TO
FILE DEFENDANT'S OPPOSITION TO PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT AND DEFENDANT'S
<u>CROSS-MOTION FOR SUMMARY JUDGMENT</u>

In accordance with Fed. R. Civ. P. 6(b)(1), defendant requests that the time for it to file its opposition to plaintiff's motion for summary judgment and its cross-motion for summary judgment be extended from December 13, 2006, to December 18, 2006.  Undersigned counsel has been unable to prepare the necessary papers due in part to the fact that the radiation therapy he is undergoing has taken more time than anticipated, as have intervening issues in other cases and holiday obligations.  The additional time is, therefore, needed.  Plaintiff's counsel has consented to this motion.

Attached is a draft order reflecting the requested relief.

                                      Respectfully submitted,

                                      JEFFREY A. TAYLOR, DC Bar #498610
                                      United States Attorney

                                      RUDOLPH CONTRERAS, DC Bar #434122
                                      Assistant United States Attorney

```
                    /s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201
```

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

PHYSICIANS COMMITTEE FOR        )
RESPONSIBLE MEDICINE,           )
                                )
         Plaintiff,             )
                                )
    v.                          ) Case No. 06-1392 JDB
                                )
DEPARTMENT OF HEALTH AND        )
HUMAN SERVICES,                 )
                                )
         Defendant.             )
_____)

## ORDER

UPON CONSIDERATION of the consent motion by defendant for a further extension of time to respond to plaintiff's motion for summary judgment and to file defendant's cross-motion for summary judgment, it is this _____ day of _____, 2006,

ORDERED that the time for defendant to respond to plaintiff's motion for summary judgment and to file defendant's cross-motion for summary judgment is extended to December 18, 2006.

                         UNITED STATES DISTRICT JUDGE

Copies to counsel of record