```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

PHYSICIANS COMMITTEE FOR      )
RESPONSIBLE MEDICINE,         )
                              )
        Plaintiff,            )
                              )
    v.                        ) Case No. 06-1392 JDB
                              )
DEPARTMENT OF HEALTH AND      )
HUMAN SERVICES,               )
                              )
        Defendant.            )
_____)
```

### MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Defendant's memorandum in opposition to plaintiff's motion for summary judgment is combined with the memorandum in support of defendant's motion for summary judgment, which appears as part of docket number 16.

```
                          Respectfully submitted,
                                  /s/
                          FRED E. HAYNES, DC Bar #165654
                          Assistant United States Attorney
                          555 4th Street, N.W., Room E-4110
                          Washington, D.C. 20530
                          202.514.7201
```