```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

PHYSICIANS COMMITTEE FOR      )
RESPONSIBLE MEDICINE,         )
                              )
          Plaintiff,          )
                              )
     v.                       ) Case No. 06-1392 JDB
                              )
DEPARTMENT OF HEALTH AND      )
HUMAN SERVICES,               )
                              )
          Defendant.          )
_____)
```

CONSENT MOTION FOR EXTENSION OF TIME TO
FILE DEFENDANT'S REPLY MEMORANDUM IN SUPPORT
OF DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT

In accordance with Fed. R. Civ. P. 6(b)(1), defendant requests that the time for it to file its reply memorandum in support of its cross-motion for summary judgment be extended to January 26, 2007.  Plaintiff's counsel has consented to this motion.  Undersigned counsel has continued to have difficulties in managing his substantial case load, given his daily (workdays) radiation treatments that started in early December and will continue through the end of January.  He has not been able to prepare a reply memorandum in this case, and the addition time is needed to do so.

Attached is a draft order reflecting the requested relief.

                              Respectfully submitted,

                              JEFFREY A. TAYLOR, DC Bar #498610
                              United States Attorney

```
                          RUDOLPH CONTRERAS, DC Bar #434122
                          Assistant United States Attorney
                                    /s/
                          FRED E. HAYNES, DC Bar #165654
                          Assistant United States Attorney
                          555 4th Street, N.W., Room E-4110
                          Washington, D.C. 20530
                          202.514.7201
```

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

PHYSICIANS COMMITTEE FOR        )
RESPONSIBLE MEDICINE,           )
                                )
        Plaintiff,              )
                                )
   v.                           ) Case No. 06-1392 JDB
                                )
DEPARTMENT OF HEALTH AND        )
HUMAN SERVICES,                 )
                                )
        Defendant.              )
_____)
```

ORDER

UPON CONSIDERATION of the consent motion by defendant for an extension of time to file a reply memorandum in support of defendant's cross-motion for summary judgment, it is this _____ day of _____, 2006,

ORDERED that the time for defendant to file a reply memorandum in support of defendant's cross-motion for summary judgment is extended to January 26, 2007.

                            UNITED STATES DISTRICT JUDGE

Copies to counsel of record