UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHYSICIANS COMMITTEE FOR          )
RESPONSIBLE MEDICINE,             )
                                  )
          Plaintiff,              )
                                  )
     v.                           )  Case No. 06-1392 JDB
                                  )
DEPARTMENT OF HEALTH AND          )
HUMAN SERVICES,                   )
                                  )
          Defendant.              )
_____   )

CONSENT MOTION FOR FURTHER EXTENSION OF TIME TO
FILE DEFENDANT'S REPLY MEMORANDUM IN SUPPORT
OF DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT

     In accordance with Fed. R. Civ. P. 6(b)(1), defendant
requests that the time for it to file its reply memorandum in
support of its cross-motion for summary judgment be extended one
business day to February 5, 2007.  Plaintiff's counsel has
consented to this motion.  Although undersigned counsel completed
his cancer treatments on Tuesday, January 30, he has continued to
have medical issues that caused him to be out of the office all
of Thursday, February 1, and part of Wednesday, January 31.  The
additional time is, therefore, needed to prepare the reply
memorandum in this case.

     Attached is a draft order reflecting the requested relief.

                         Respectfully submitted,

                         JEFFREY A. TAYLOR, DC Bar #498610
                         United States Attorney

RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney
                /s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
PHYSICIANS COMMITTEE FOR         )
RESPONSIBLE MEDICINE,            )
                                 )
          Plaintiff,             )
                                 )
     v.                          ) Case No. 06-1392 JDB
                                 )
DEPARTMENT OF HEALTH AND         )
HUMAN SERVICES,                  )
                                 )
          Defendant.             )
_____)
```

ORDER

UPON CONSIDERATION of the consent motion by defendant for a further extension of time to file a reply memorandum in support of defendant's cross-motion for summary judgment, it is this

_____ day of _____, 2007,

ORDERED that the time for defendant to file a reply memorandum in support of defendant's cross-motion for summary judgment is extended to February 5, 2007.

UNITED STATES DISTRICT JUDGE

Copies to counsel of record