UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE,<br><br>Plaintiff<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 06-1392 JDB<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION FOR ORAL HEARING

Pursuant to FED. R. CIV. P. 7 and Local Rule 7(f), Plaintiff Physicians Committee for Responsible Medicine hereby requests an oral hearing as to the issues raised in Plaintiff's and Defendant's Motions for Summary Judgment. Plaintiff believes that oral argument would expedite the Court's review and disposition of the pending motions. Pursuant to Local Rule 7(m), counsel for both parties have conferred; Defendant takes no position on this issue as it believes that the matter is committed to the Court's discretion.

Respectfully submitted,

/s/ Daniel Kinburn

Daniel Kinburn
PHYSICIANS COMMITTEE FOR
 RESPONSIBLE MEDICINE
5100 Wisconsin Avenue, N.W., Suite 400
Washington, D.C. 20016
Attorney for Plaintiff
(202) 686-2210 ext. 308
(202) 686-2155 (fax)

Dated: February 9, 2007