UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHYSICIANS COMMITTEE FOR
RESPONSIBLE MEDICINE,

    Plaintiff,

    v.

DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

    Defendant.

Civil Action No. 06-1392 (JDB)

## ORDER

Upon consideration of [12] plaintiff's motion for summary judgment and [16] defendant's cross-motion for summary judgment, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that [12] plaintiff's motion for summary judgment is **GRANTED IN PART** and **DENIED IN PART;** it is further

**ORDERED** that [16] defendant's motion for summary judgment is **DENIED;** it is further

**ORDERED** that judgment is entered in favor of plaintiff and against defendant on Claim One of the complaint; and it is further

**ORDERED** that Claim Two of the complaint is dismissed for failure to state a claim upon which relief can be granted.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Date: March 26, 2007