UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE,<br><br>          Plaintiff<br><br>     v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 06-1392 JDB<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S CONSENT MOTION FOR AN EXTENSION OF TIME
TO MOVE FOR ATTORNEYS' FEES**

Pursuant to Federal Rule of Civil Procedure ("FRCP") 6(b), Plaintiff respectfully moves to enlarge its time to move for attorneys' fees under Local Rule 54.2 and FRCP Rule 54(d)(2), to and until May 25, 2007. Pursuant to Local Rule 7(m), counsel for the parties conferred and Defendant's counsel consented to this Motion.

There is good cause to grant this Motion. This Court entered judgment in Plaintiff's favor on March 26, 2007. Under FRCP Rule 54(d)(2)(B), Plaintiff has 14 days, until April 9, 2007, to file a motion for attorneys' fees. Defendant's time to appeal has not expired. To provide Defendant adequate time to determine whether to: 1) move for reconsideration; or 2) appeal; and 3) consider Plaintiff's forthcoming settlement offer with respect to its claim for attorneys' fees, Plaintiff hereby requests an extension to and until May 25, 2007, to file its motion for attorneys' fees. If Defendant decides not to appeal, the parties will have a meaningful opportunity to discuss Plaintiff's proposed settlement without any further intervention from this Court.

For these reasons, the Court should grant Plaintiff's consent motion for an extension of

time to move for attorneys' fees.

                        Respectfully submitted,

                        /s/ Daniel Kinburn

                        _____
                        Daniel Kinburn
                        PHYSICIANS COMMITTEE FOR
                         RESPONSIBLE MEDICINE
                        5100 Wisconsin Avenue, N.W., Suite 400
                        Washington, D.C. 20016
                        Attorney for Plaintiff
                        (202) 686-2210 ext. 308
                        (202) 686-2155 (fax)

Dated: April 2, 2007