## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE, ) ) ) )| |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 06-1392 JDB |
| ) | |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES, ) ) )| |
| ) | |
| Defendant. ) ) | |

## ORDER GRANTING PLAINTIFF'S
## CONSENT MOTION FOR AN EXTENSION OF TIME

Upon consideration of Plaintiff's Consent Motion for an Extension of Time and the

entire record herein, it is this _____ day of _____ 2007,

ORDERED that Plaintiff's Consent Motion for an Extension of Time be and is hereby

GRANTED; and it is

FURTHER ORDERED that Plaintiff shall have up to and including May 25, 2007, to

move for attorneys' fees.

SO ORDERED.

_____
U.S. DISTRICT JUDGE