UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 06-1392 JDB<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S CONSENT MOTION FOR AN EXTENSION OF TIME
TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S
<u>MOTION TO ALTER OR AMEND THE JUDGMENT</u>**

　　Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff respectfully moves to extend its time to file its Opposition to Defendant's Motion to Alter or Amend the Judgment to and until May 4, 2007. Pursuant to Local Rule 7(m), counsel for the parties conferred and Defendant's counsel consented to this Motion.

　　There is good cause to grant this Motion. Defendant filed its Motion to Alter or Amend the Judgment on April 9, 2007. Under Local Rule 7(b), Plaintiff has eleven days, until April 20, 2007, to file its opposition. Plaintiff fully intended to file by the due date; however, because of other pressing matters, the undersigned is not able to complete the response in time for client review prior to filing it with the Court. Specifically, the undersigned is scheduled to file reply briefs in the Second Circuit and Fourth Circuit in the coming weeks and is devoting significant time and resources to ongoing matters in a case in the Superior Court of the State of California.

    For these reasons, the Court should grant Plaintiff's consent motion for an extension of time to and until May 4, 2007, to file its Opposition to Defendant's Motion to Alter or Amend the Judgment.

                                  Respectfully submitted,

                                  /s/ Daniel Kinburn

                                  _____
                                  Daniel Kinburn
                                  PHYSICIANS COMMITTEE FOR
                                    RESPONSIBLE MEDICINE
                                  5100 Wisconsin Avenue, N.W., Suite 400
                                  Washington, D.C. 20016
                                  Attorney for Plaintiff
                                  (202) 686-2210 ext. 308
                                  (202) 686-2155 (fax)

Dated: April 12, 2007