UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE,<br><br>Plaintiff<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | Case No. 06-1392 JDB |

**ORDER GRANTING PLAINTIFF'S**
**CONSENT MOTION FOR AN EXTENSION OF TIME**

Upon consideration of Plaintiff's Consent Motion for an Extension of Time and the entire record herein, it is this _____ day of _____ 2007,

ORDERED that Plaintiff's Consent Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Plaintiff shall have up to and including May 4, 2007, to file its Opposition to Defendant's Motion to Alter or Amend the Judgment.

SO ORDERED.

_____
U.S. DISTRICT JUDGE