UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE,<br><br>Plaintiff<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 06-1392 JDB<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF DANIEL KINBURN IN OPPOSITION TO DEFENDANT'S MOTION TO ALTER OR AMEND THE JUDGMENT**

I, Daniel Kinburn, declare:

1. I am an attorney licensed to practice law in the United States District Court for the District of Columbia. I am General Counsel for the Physicians Committee for Responsible Medicine ("PCRM") and serve as counsel in the instant matter. I have personal knowledge of the facts set forth herein and am competent to testify as follows:

2. Attached hereto as Exhibit A is a true and correct copy of the January 5, 2007, letter from the Food and Drug Administration ("FDA") to PCRM regarding PCRM's request for information under the Freedom of Information Act ("FOIA").

3. Attached hereto as Exhibit B is a true and correct copy of the January 11, 2007, electronic message in which PCRM provided counsel for Defendant with the January 5, 2007, letter from FDA to PCRM regarding PCRM's FOIA request.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Washington, D.C., on May 4, 2007.

2

/s/ Daniel Kinburn

———————————————
Daniel Kinburn