

DEPARTMENT OF HEALTH & HUMAN SERVICES                    Public Health Service

                                                         Food and Drug Administration
                              JAN  5 2007                Rockville MD  20857

Daniel Kinburn
Physician's Committee for Responsible Medicine
5100 Wisconsin Avenue, NW
Suite 400
Washington, DC   20016

RE:  FOIA request  F05-11926

Dear Mr. Kinburn:

This is in response to your request dated August 26, 2005 for information under the Freedom of Information Act (5USC 552) for records of all communications within FDA and between FDA and the National Institute of Environmental Health Sciences (NIEHS), particularly the NTP Interagency Center for the Evaluation of Alternative Toxicological Methods (NICEATM) and other government agencies, officials or contractors, from January 2000 to the present, relating to the following:

1. Agendas, minutes, notes and between meeting communications among members of the Interagency Coordinating Committee on the Validation of Alternative Methods (ICCVAM) and its various Working Groups (e.g., Ocular Toxicology, Developmental Toxicity, etc.)

2. Communications with other US Federal agencies regarding the solicitation, selection, appointment, and qualifications of agency representatives to ICCVAM and its Working Groups

3. Communications with representatives of Integrated Laboratory Systems, Inc. (ILS), including call for tender, requests for proposals, contracts, memoranda of understanding, etc., related to ICCVAM

4. Communications with Dr. William Stokes and NIEHS management, NICEATM staff and contractors, and government agencies and officials, both domestically and internationally (e.g., ECVAM, OECD, etc.) related to the solicitation, selection and appointment of agency representatives to ICCVAM and its Working Groups

5. Any documents and correspondence relating to the process and the reasoning by which FDA chose its ICCVAM representative.

FDA's Center for Food Safety and Applied Nutrition, Office of Applied Research and Safety Assessment, Office of Food Additive Safety, and Office of Cosmetics and Colors have located documents responsive to your request. Their estimates of the charges are as follows: Reproduction: $1265.00 (12,650 pages), Search: $5,040.00 (70 hours), Review: $4,000.00 (100 hours) for a total cost of $10,305.00.

Food and Drug Administration regulations under 21 CFR 20.42(d)(2) require prepayment when initial review of the request indicates that the charges will exceed the amount of $250.00. Your particular request has exceeded this amount.

If you wish to receive the information, please submit within fifteen (15) days the amount of either $10,305.00 by check or money order, made payable to **Food and Drug Administration** and mail with a copy of the letter to:

> Food and Drug Administration
> Freedom of Information Staff
> 5100 Paint Branch Parkway
> College Park, MD 20740-3835
> Attention: Patricia Gee

As the above charges are estimated charges, the final amount may be more or less than this estimated amount; if they are less, you will be refunded the difference; if more, you will receive an invoice for the difference.

**If we do not receive prepayment by February 1, 2007, we will withdraw this request and consider it to be closed.** Please contact me at 301/436-1590 if you have any questions or need clarification regarding this prepayment.

Sincerely yours,

Patricia Gee
FOI Officer
Executive Operations Staff
Center for Food Safety
 and Applied Nutrition