UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE,<br><br>    Plaintiff<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 06-1392 JDB<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of Defendant's motion to alter or amend the judgment, and for the reasons stated in the memorandum opinion issued on March 26, 2007, it is hereby

ORDERED that Defendant's motion to alter or amend the judgment is DENIED.

SO ORDERED.

                                                                                                                               _____
                                                                                                                               John D. Bates
                                                                                                 United States District Judge

Dated: _____