**ITEMIZATION OF HOURS SPENT BY PLAINTIFF'S COUNSEL**

**DANIEL KINBURN**

June 1, 2005 – May 31, 2006
02/20/06:  1.0 hour drafting administrative appeal of denial of fee waiver.
          ----
**Subtotal**:  1.0 hour x $405.00 = **$405.00**

June 1, 2006 – May 31, 2007
07/11/06:  0.6 hours reviewing and editing complaint.
11/06/06:  0.8 hours reviewing and editing motion for summary judgment.
01/04/07:  0.3 hours reviewing and editing reply in support of motion for summary judgment.
03/03/07:  0.1 hours reviewing consent motion for extension of time to file motion for attorneys' fees.
05/24/07:  0.2 hours reviewing motion for attorneys' fees.
          ----
**Subtotal**:  2.0 hours x $425.00 = **$850.00**

**Total for Daniel Kinburn:    $1255.00**


**MARK KENNEDY**

06/20/06:  3.5 hours reviewing FOIA requests and agency responses.
06/21/06:  3.0 hours drafting complaint.
06/22/06:  3.5 hours drafting complaint.
06/23/06:  3.0 hours drafting and discussing draft of complaint.
07/10/06:  0.2 hours discussing where to file complaint.
07/11/06:  0.3 hours revising complaint.
08/07/06:  1.1 hours filing complaint.
08/09/06:  0.6 hours preparing summons and complaint for service.
09/19/06:  1.7 hours researching fee waiver case law.
09/19/06:  0.2 hours for phone conversation with defense counsel to discuss proposed briefing schedule.
10/10/06:  0.1 hour for phone conversation with defense counsel to finalize proposed briefing schedule.
10/23/06:  3.5 hours reviewing administrative record and outlining motion for summary judgment.
10/24/06:  2.5 hours drafting motion for summary judgment.
10/30/06:  6.5 hours researching and drafting motion for summary judgment.
11/01/06:  6.5 hours researching and drafting motion for summary judgment.
11/02/06:  5.5 hours drafting motion for summary judgment.
11/06/06:  0.3 hours revising and filing motion for summary judgment.

12/26/06:  0.6 hours reviewing defendant's motion for summary judgment.
01/02/07:  3.5 hours drafting reply in support of motion for summary judgment.
01/03/07:  5.5 hours drafting reply in support of motion for summary judgment.
01/04/07:  6.0 hours drafting reply in support of motion for summary judgment.
01/05/07:  0.2 hours filing reply in support of motion for summary judgment.
01/11/07:  0.2 hours drafting correspondence with defense counsel regarding FDA's response to plaintiff's request for fee waiver.
02/06/07:  0.5 hours drafting request for hearing.
02/09/07:  0.2 hours filing request for hearing.
03/26/07:  0.4 hours reviewing court order and opinion.
03/30/07:  0.3 hours drafting motion for extension of time to move for attorneys' fees.
04/12/07:  0.3 hours drafting motion for extension of time to file plaintiff's opposition to defendant's motion to alter or amend the judgment.
05/22/07:  1.7 hours drafting motion for attorneys' fees.
05/23/07:  3.8 hours drafting motion for attorneys' fees and accompanying declarations.
05/24/07:  2.7 hours drafting motion for attorneys' fees and accompanying declarations.
              ----

**Subtotal:**  67.9 hours x $205.00 = **$13,919.50**

**Total for Mark Kennedy:**    **$13,919.50**