PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE                                         24156

| Payee | Clerk, US District Court-DC | | 24156 |
|---|---|---|---|
| Vendor ID Clerkusddc | | Account #: | 07/21/2006 |

| Invoice | Description | Discount | Amount |
|---|---|---|---|
| 072006-001 | Complaint filing fee - ICCVAM | $0.00 | $350.00 |
| | Total : | $0.00 | $350.00 |

```
              350.00
===== T O T A L =======
              100.00
610000   SPECIAL CIVIL FILING
CASE # 06-1392
              190.00
610000   SPECIAL CIVIL FILING
CASE # 06-1392
               60.00
086700   FILING FEE  CIVIL
CASE # 06-1392
======NO REFUND WITHOUT RECEIPT======
  DC  1-1 WEBB       Receipt # 137287
  08/07/06                  10:11:03 AM
              WASHINGTON D.C.
           U.S. DISTRICT COURT
```