UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE,<br><br>   Plaintiff<br><br>  v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 06-1392 JDB<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF DANIEL KINBURN IN SUPPORT OF MOTION FOR
AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES**

I, DANIEL KINBURN, hereby declare:

  1. I am over eighteen years of age and am competent to testify to the matters set forth herein. I have personal knowledge of the facts set forth herein and make this declaration in support of the accompanying motion for award of attorneys' fees and litigation expenses.

  2. In 1980, I was admitted to practice at all levels of the state courts in New York. In 1981, I was admitted to practice at all levels of the state court in New Jersey. I also am admitted to practice in the United States District Courts for the Northern, Southern, and Eastern Districts of New York, the District of New Jersey, and the District Court for the District of Columbia, and the United States Courts of Appeals for the Second and Third Circuits.

  3. I am a member in good standing in all of the jurisdictions and before all of the courts to which I have been admitted, although I am currently an inactive member of the New York state bar. I hereby certify that there are no grievances pending against me and that I never have been reprimanded, suspended, or disbarred from the practice of law.

4. I am a 1979 graduate of the Columbia University School of Law.

5. I began my legal career in 1980 as a deputy assistant attorney general for the state of New York, and in 1981 became an assistant attorney general, engaging in complex constitutional and class action litigation at the trial and appellate levels. Thereafter, I served as an associate and then partner in private law firms, where I specialized in complex civil litigation in state and federal courts. I later formed my own firm, Dwyer Kinburn Hall & Golub, before leaving private practice to join, in 2003, the Physicians Committee for Responsible Medicine ("PCRM"), where I serve as General Counsel. I have substantial experience in all aspects of litigation. Based upon my experience during the time that I have worked on this case, I fit into the "20+ years" experience level of the Laffey Matrix.

6. I have worked on this case since August 2005, the time of the initial Freedom of Information Act request, until the present. A true and accurate recording of my time spent on this matter is provided in support of this motion.

7. I have spent a total of 3.0 hours working on this case. In my opinion, the first hour of my time is eligible for compensation at the 2005–2006 Laffey Matrix rate of $405/hour and two hours are eligible for compensation at the 2006–2007 Laffey Matrix rate of $425/hour, for a total of $1255.00.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at North Adams, MA on May 25, 2007.

/s/ Daniel Kinburn
_____
Daniel Kinburn