UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHYSICIANS COMMITTEE FOR )
RESPONSIBLE MEDICINE, )
                    Plaintiff )
                  v. ) Case No. 06-1392 JDB
DEPARTMENT OF HEALTH AND HUMAN )
SERVICES, )
                  Defendant. )

**DECLARATION OF MARK KENNEDY IN SUPPORT OF MOTION FOR
AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES**

I, MARK KENNEDY, hereby declare:

1. I am over eighteen years of age and am competent to testify to the matters set forth herein. I have personal knowledge of the facts set forth herein and make this declaration in support of the accompanying motion for award of attorneys' fees and litigation expenses.

2. In 2005, I was admitted to the New York and District of Columbia bars. I also am admitted to practice in the United States District Court for the District of Columbia.

3. I am a member in good standing in all of the jurisdictions and before all of the courts to which I have been admitted. I hereby certify that there are no grievances pending against me and that I never have been reprimanded, suspended, or disbarred from the practice of law.

4. I am a 2004 graduate of the Washington & Lee University School of Law, where I served as Executive Editor of the Washington & Lee Race and Ethnic Ancestry Law Journal and

was the recipient of the Virginia State Bar's 2004 Oliver White Hill Law Student Pro Bono Award.

5.  I have been employed as a staff attorney with the Physicians Committee for Responsible Medicine ("PCRM") since April 2005. My work at PCRM has focused exclusively on public interest issues related to preventive medicine through proper nutrition and ethics in scientific research. I have primary responsibility for performing legal research and drafting court documents in a number of lawsuits under the Freedom of Information Act ("FOIA"), state consumer protection statutes, and state common law claims. I routinely file FOIA requests, FOIA appeals, and other administrative petitions. I also handle the corporate governance issues for PCRM and three affiliated organizations. Based upon my experience during the time that I have worked on this case, I fit into the "1-3 years" experience level of the Laffey Matrix.

6.  I have worked with lead counsel Daniel Kinburn on this case since June 2006 until the present. A true and accurate recording of my time spent on this matter is provided in support of this motion.

7.  I have spent a total of 67.9 hours working on this case. In my opinion, all of these hours of my time are eligible for compensation at a rate of $205/hour or $13,919.50.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Washington, DC, on May 25, 2007.

_____
Mark S. Kennedy