UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE, )<br><br>Plaintiff )<br><br>v. )<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, )<br><br>Defendant. ) | Case No. 06-1392 JDB |

**ORDER GRANTING PLAINTIFF'S MOTION FOR AN**
**AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES**

Upon consideration of Plaintiff's Motion for an Award of Attorneys' Fees and Litigation Expenses pursuant to the Freedom of Information Act, 5 U.S.C. § 552(a)(4)(E), it is hereby

ORDERED that Plaintiff's motion is GRANTED in the amount of $15,174.50 in fees and $350.00 in costs for a total award of $15,524.50.

SO ORDERED.

_____
U.S. DISTRICT JUDGE