```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

PHYSICIANS COMMITTEE FOR          )
RESPONSIBLE MEDICINE,             )
                                  )
        Plaintiff,                )
                                  )
     v.                           ) Case No. 06-1392 JDB
                                  )
DEPARTMENT OF HEALTH AND          )
HUMAN SERVICES,                   )
                                  )
        Defendant.                )
_____)

## CONSENT MOTION FOR STAY OF RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES

In accordance with Fed. R. Civ. P. 6(b)(1), defendant requests that the time for it to file its response to plaintiff's motion for attorney's fees be stayed until resolution of defendant's pending motion to alter and amend the judgment under Fed. R. Civ. P. 59(e).  The award of attorney's fees in a Freedom of Information Act case such as this one first requires a judgment in favor of plaintiff.  There has not yet been the entry of a final judgment in this case, in light of the pending Rule 59(e) motion.  With the consent of plaintiff's counsel, defendant is attaching a draft motion that stays the response to the motion for attorney's fees until there is a final judgment.  If that judgment is adverse to defendant, defendant seeks an additional two weeks to respond to the motion for attorney's fees.

                              Respectfully submitted,

                              JEFFREY A. TAYLOR, DC Bar #498610
                              United States Attorney

```
                    RUDOLPH CONTRERAS, DC Bar #434122
                    Assistant United States Attorney
                              /s/
                    FRED E. HAYNES, DC Bar #165654
                    Assistant United States Attorney
                    555 4th Street, N.W., Room E-4110
                    Washington, D.C. 20530
                    202.514.7201
```

```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

PHYSICIANS COMMITTEE FOR          )
RESPONSIBLE MEDICINE,             )
                                  )
        Plaintiff,                )
                                  )
    v.                            ) Case No. 06-1392 JDB
                                  )
DEPARTMENT OF HEALTH AND          )
HUMAN SERVICES,                   )
                                  )
        Defendant.                )
_____   )

## ORDER

UPON CONSIDERATION of the consent motion by defendant for the stay of a response to plaintiff's motion for attorney's fees, and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that the time for defendant to respond to plaintiff's motion for attorney's fees is stayed until this Court enters a final judgment in the case; and it is further

ORDERED that if the final judgment is adverse to defendant, the defendant will respond to the motion for attorney's fees within two weeks after the entry of the final judgment.

                              UNITED STATES DISTRICT JUDGE

Copies to counsel of record