```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

PHYSICIANS COMMITTEE FOR          )
RESPONSIBLE MEDICINE,             )
                                  )
          Plaintiff,              )
                                  )
     v.                           ) Case No. 06-1392 JDB
                                  )
DEPARTMENT OF HEALTH AND          )
HUMAN SERVICES,                   )
                                  )
          Defendant.              )
_____)
```

CONSENT MOTION FOR AN EXTENSION OF
TIME TO FILE A RESPONSE TO
PLAINTIFF'S PETITION FOR ATTORNEY'S FEES

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant hereby requests an extension of time of one week, to October 26, 2007, to file its response to plaintiff's petition for attorney's fees. Undersigned counsel (Fred E. Haynes) primarily responsible for this case for defendant has not been able to work on the response to the attorney's fees petition due to his heavy case load, including this week a court hearing, work on answers in two cases, one of which is now being prepared for the filing of a dispositive motion, which has required review of a substantial investigatory record.  The additional time is, therefore, needed. Counsel for plaintiff has consented to this motion.

Attached is a draft order reflecting the requested relief.

Respectfully submitted,

JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

```
                    RUDOLPH CONTRERAS, DC Bar #434122
                    Assistant United States Attorney
                              /s/
                    FRED E. HAYNES, DC Bar #165654
                    Assistant United States Attorney
                    555 4th Street, N.W., Room E-4110
                    Washington, D.C. 20530
                    202.514.7201
```

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 06-1392 JDB ) |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES, | ) ) ) |
| Defendant. | ) ) |

## ORDER

UPON CONSIDERATION of the consent motion by defendant for an extension of time to respond to plaintiff's petition for attorney fees, it is this _____ day of _____, 2007,

ORDERED that defendant will respond to plaintiff's petition for attorney's fees by October 26, 2007.

                          UNITED STATES DISTRICT JUDGE

Copies to counsel of record