UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 06-1392 JDB ) |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES, | ) ) ) |
| Defendant. | ) ) |

CONSENT MOTION FOR A FURTHER EXTENSION OF
TIME OF TWO BUSINESS DAYS TO FILE A RESPONSE TO
PLAINTIFF'S PETITION FOR ATTORNEY'S FEES

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant hereby requests an extension of time of two business days, to October 30, 2007, to file its response to plaintiff's petition for attorney's fees. Undersigned counsel (Fred E. Haynes) primarily responsible for this case for defendant was delayed in starting work on the attorney's fees petition due to work on a dispositive motion filed yesterday that took more time than anticipated. The additional time is, therefore, needed. Counsel for plaintiff has consented to this motion.

Attached is a draft order reflecting the requested relief.

Respectfully submitted,

JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

```
                /s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201
```

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

PHYSICIANS COMMITTEE FOR        )
RESPONSIBLE MEDICINE,           )
                                )
        Plaintiff,               )
                                )
    v.                          ) Case No. 06-1392 JDB
                                )
DEPARTMENT OF HEALTH AND        )
HUMAN SERVICES,                 )
                                )
        Defendant.              )
_____)
```

ORDER

UPON CONSIDERATION of the consent motion by defendant for a further extension of time to respond to plaintiff's petition for attorney fees, it is this _____ day of _____, 2007,

ORDERED that defendant will respond to plaintiff's petition for attorney's fees by October 30, 2007.

                              UNITED STATES DISTRICT JUDGE

Copies to counsel of record