UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, )<br>)<br>Defendant. ) | Case No. 06-1392 JDB |

RESPONSE TO PLAINTIFF'S PETITION
FOR ATTORNEY'S FEES

The parties have discussed plaintiff's petition for attorney's fees, and we have agreed to a resolution of the petition by means of a Court order that plaintiff recovers $13,782.55 in attorney's fees and $350.00 in costs. Attached is a draft order reflecting this agreement.

        Respectfully submitted,

        JEFFREY A. TAYLOR, D.C. Bar #498610
        United States Attorney

        RUDOLPH CONTRERAS, D.C. Bar #434122
        Assistant United States Attorney
              /s/
        FRED E. HAYNES, DC Bar #165654
        Assistant United States Attorney
        555 4th Street, N.W., Room E-4110
        Washington, D.C. 20530
        202.514.7201

        AGREED TO BY PLAINTIFF /s/Signed by Authorization
        Daniel Kinburn
        Physicians For Responsible Medicine
        5100 Wisconsin Avenue, N.W., Suite 400
        Washington, D.C. 20016
        202.686.2210

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 06-1392 JDB ) |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES, | ) ) ) |
| Defendant. | ) ) |

ORDER

Upon consideration of the parties agreement as to the award of attorney's fees and litigation expenses pursuant to the Freedom of Information Act, 5 U.S.C. Section 552(a)(4)(E), it is hereby

ORDERED that plaintiff is awarded $13,782.55 in attorney's fees and $350.00 in costs, for a total award of $14,132.55.

UNITED STATES DISTRICT JUDGE

Copies to counsel of record