UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE,**<br><br>Plaintiff,<br><br>v.<br><br>**DEPARTMENT OF HEALTH AND HUMAN SERVICES,**<br><br>Defendant. | Civil Action No. 06-1392 (JDB) |

## ORDER

Upon consideration of the parties' agreement as to the award of attorney's fees and litigation expenses pursuant to the Freedom of Information Act, 5 U.S.C. § 552(a)(4)(E), it is hereby

**ORDERED** that plaintiff is awarded $13,782.55 in attorney's fees and $350.00 in costs, for a total award of $14,132.55.

/s/
JOHN D. BATES
United States District Judge

Date:  October 30, 2007